UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---------------------------------------x

UNITED STATES OF AMERICA *ex rel.*
PATRICIA MIRANDO,

        Plaintiffs,

v.

DALLAS CONTRACTING, CO. INC.,

        Defendant.

---------------------------------------x

Hon. Susan D. Wigenton

Civil Action No. 12-6523 (SDW)(MCA)

**UNDER SEAL**
**Pursuant to 31 U.S.C. § 3730(b)(2)**

## [PROPOSED] ORDER GRANTING MOTION DISMISS WITHOUT PREJUDICE

Upon consideration of Relator Patricia Mirando's request to dismiss this matter without prejudice, it is hereby:

ORDERED that the MOTION TO DISMISS WITHOUT PREJUDICE is GRANTED.

DATED: March 5, 2014

SO ORDERED:

HON. SUSAN D. WIGENTON
UNITED STATES DISTRICT JUDGE

2